IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE A. REID, JR., | : | No. 1:24cv2101 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Arbuckle) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC.; MICHAEL J. DOUGHERTY; WELTMAN WEIBERT & REIS CO.; LAUREN BURNETTER; MESSER STRICKLER BURNETTER, LTD; and THOMAS L. HARTEIS, | : : : : : : : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 14th day of January 2025, Plaintiff Dwayne A. Reid, Jr.'s motion for preliminary/permanent injunction (Doc. 4) is hereby **DENIED**.

The Clerk of Court is directed to remand this case to Magistrate Judge William I. Arbuckle for further proceedings.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court