IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DWAYNE A. REID, JR.,

    Plaintiff,

v.

PORTFOLIO RECOVERY
ASSOCIATES LLC, *et al.*,

    Defendants.

No. 1:24-CV-02101

## ORDER

### APRIL 8, 2025

    Currently pending before the Court is Dwayne A. Reid, Jr.'s motion to amend his complaint.[1] The original complaint relates to the assignment of debt and subsequent debt collection efforts against Reid.[2] The proposed amended complaint alleges that the Supreme Court of Pennsylvania, the Honorable Julia K. Munley, the Honorable Phillip J. Caraballo, the Honorable William I. Arbuckle, Monia M. Littman, Esq., and Sonya M. Sovisto, Esq. conspired to violate Reid's right by purportedly acting unfairly against him in the underlying case.[3]

    This proposed amended complaint is wholly unconnected to the original complaint; Reid "allege[s] essentially a new action against new defendants with new claims arising out of a set of operative facts that are unrelated to the factual claims

---

[1] Doc. 38.
[2] Doc. 1.
[3] Doc. 38.

in the original" complaint, which is improper.[4] Rather, these allegations should be brought, if at all, in a separate civil action. Accordingly, **IT IS HEREBY ORDERED** that Reid's motion to amend the complaint (Doc. 38) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] *Nicholas v. Heffner*, 228 F. App'x 139, 141 (3d Cir. 2007).