**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DWAYNE REID,** | : | **Civ. No. 1:24-CV-2101** |
| | : | |
| **Plaintiff,** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **PORTFOLIO RECOVERY ASSOOCAITES, LLC, et al.,** | : : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 26th day of August 2026, for the reasons set forth in the accompanying Memorandum, the plaintiff's Mandatory Motion for disqualification (Doc. 64) is DENIED.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge